

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00566-CR

Johnny Gabriel **LAZALDE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-8681
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND CHIEF JUSTICE MARION

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is REVERSED and REMANDED for further proceedings consistent with this opinion.

SIGNED October 11, 2023.

_____
Irene Rios, Justice